UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MITCHELL REPAIR INFORMATION
COMPANY, LLC,

      Plaintiff,

vs.

      Case No.

GARDEN STATE TRUCK & AUTO, INC.

      Defendant.

## DECLARATION OF ED SCHUMANN

Pursuant to 28 U.S.C. § 1746, ED SCHUMANN declares as follows:

1. I am a citizen of the United States and of the Commonwealth of Pennsylvania, and am over the age of eighteen (18) years. I make this declaration based upon my personal knowledge.

2. I am an independent sales representative for Mitchell Repair Information Company ("MRIC") and am responsible for a portion of the State of New Jersey. My primary job is to call on (i.e. make visits to) retail automotive repair facilities and offer for sale MRIC's automotive software, including both diagnostic/repair software and shop-management software.

3. One of the leading products that MRIC offers, and that I sell, is Mitchell On-Demand, a suite of computer programs. One of the programs included in Mitchell On-Demand is ManagerPlus, a software platform that allows shops to organize their day-to-day transactions and to create customer-specific repair/service profiles. Transaction invoices generated on

4819-2257-6143.2

ManagerPlus have a unique layout. Attached as **Exhibit A** is a true and correct copy of a model invoice I generated from ManagerPlus version 5.9.

4. On March 5, 2012, around 12:30 pm, I made a sales visit to Garden State Truck & Auto ("Garden State") which is located at 490 South Main Street in Manville, New Jersey. While at Garden State, I talked to Nick, one of the service technicians. After explaining the purpose of my visit, Nick said that Garden State already had Mitchell On-Demand, including ManagerPlus, on its system. Nick then pointed to a computer screen that showed the ManagerPlus program running. I explained to Nick that, since Garden State did not have a license for Mitchell On-Demand, their use of it violated MRIC's copyrights. I told Nick that Garden State would need either to purchase an authorized version of Mitchell On-Demand, which I could sell, or Mitchell On-Demand would need to be removed from Garden State's computer system. Nick said that he would check with the owner, Pete, about purchasing a license. I then left Garden State.

5. Later, I confirmed with MRIC's corporate office that Garden State did not have a license to use Mitchell On-Demand. In addition, I informed my regional manager, Charles "Chuck" Zerambo, of Garden State's unauthorized use of Mitchell On-Demand.

6. In late May, 2012, Zerambo forwarded to me an invoice from Garden State for an oil and filter change performed on his vehicle on May 22, 2012. I immediately recognized the form of the invoice as being generated from ManagerPlus version 5.9.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2th day of July, 2012.

_____
Ed Schumann

4819-2257-6143.2

# Exhibit A

Ed's Auto Repair

Phone - 858-391-5000
You Work Hard For Your Money, So Do We!

INVOICE
42935
Org. Est. # 002493

## INVOICE

Print Date : 06/19/2012

**Doe, John**
123 Anywhere St
Anytown, MI   00000
Home 123-456-7890
Cust ID :       6217

Ref # :

2008 Honda - Civic DX
1.8L, In-Line4, VIN (FA1)
Lic # :
Unit # :
Vin # :
Hat # :

Odometer In : 12345

| Part Description / Number | Qty | Sale | Extended | Labor Description | Extended |
|---|---|---|---|---|---|
| Engine Oil - Castrol | | | | LOF | 23.56 |
| 10w40c | 5.00 | 2.00 | 10.00 | Change Oil & Filter. Check all fluids. Lube chassis. | |
| Oil Filter - Fram Double Guard | | | | Check tire condition & air pressure. Up to 5 qts of | |
| DG8a | 1.00 | 5.99 | 5.99 | std oil. | |

[ Technicians : Day, Raymond T3895 ]

Org. Estimate $41.92     Revisions $0.00     Current Estimate $ 41.92     Additional Cost     Revised Estimate

| Labor: | 23.56 |
|---|---|
| Parts: | 15.99 |
| Sublet: | 0.00 |
| Sub: | 39.55 |
| Tax: | 2.37 |
| Total: | 41.92 |
| Bal Due: | $0.00 |

[ Payments - Visa - $41.92 ]

*Ask About Our Free Pickup & Delivery Service*

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is one years or 12,000 miles whichever comes first.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

SIGNATURE..........................................................................  Date........................................  Time........................

Written By: Jones, John                         Page 1 of 1                         01.17.07 Copyright Mitchell 1  Invoic1