**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Attorney: Foley & Lardner LLP - NY | NY PH: (212) 682-7474
Address: 90 Park Avenue | 37th Floor New York, NY 10016

Job #: 1078

Mitchell Repair Information Company, LLC,

*Plaintiff*

vs

Garden State Truck Auto, Inc.,

*Defendant*

Case Number: 3:12-CV-04698-PGS

Date Filed:

Client's File No.:

Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
Manny Bayo, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of New Jersey.

On 8/15/2012, at 3:30 pm at: 490 South Main Street, Manville, NJ 08835 Deponent served the within Summons, Complaint, Civil Cover Sheet, Declar. of Charles Zerambo, Declar. of Ed Schumann, Cert. Purs. to Local Civil Rule 201.1, Rule 7.1 Statement and AO121 Copyright Form.

On: Garden State Truck Auto, Inc., therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Nick Clemente personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Site Manager thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male       Color of skin: White      Color of hair: Black     Glasses:
Age: 36 - 50 Yrs.   Height: 5' 9" - 6' 0"    Weight: Over 200 Lbs.   Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 8/16/2012

*Bruce Lazarus*
Bruce Lazarus
01LA4990593- Qualified in Westchester Cty
Certificate Filed in New York County
January 13, 2014

*Manny Bayo*