UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MITCHELL REPAIR INFORMATION CO,: | | Civil Action No. 3:12-CV-4698 (PGS) |
| Plaintiff, | : | CLERK'S ORDER |
| v. | : | **RECEIVED** |
| GARDEN STATE TRUCK & AUTO INC., : | | MAR 1 9 2013 |
| Defendant. | : | AT 8:30_____M<br>WILLIAM T. WALSH. CLERK |

This matter having come before the Court upon the filing of a Complaint, Notice of

Removal, Notice of Appeal, Petition for Writ of Habeas Corpus, or *Pro Hac Vice* Request for

NEF on July 26, 2012 by Anne B. Sekel, Counsel for Plaintiff in the above-captioned matter, and

it appearing that the pleading was electronically filed using the Court's CM/ECF filing system

and the payment of filing fees made via **Pay.gov**; and it further appearing that:

_____ a.     An overpayment has been made by the filer, **OR**

__X__ b.     A duplicate, identical Complaint, Notice of Removal, Notice of Appeal,

Petition for Writ of Habeas Corpus or *Pro Hac Vice* Request for NEF was filed more than once

by the same attorney or the same law firm; and for good cause shown,

**IT IS** on this __18__ day of March, 2013,

**ORDERED THAT** the sum of $350.00 be refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: _Theresa Burnett_
Theresa Burnett
Chief Deputy Clerk